FILED

2010 Mar-16  PM 01:05
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN  DIVISION

| | | |
|---|---|---|
| **MECHECA S. PRINCE,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **CV-09-BE-2393-S** |
| | } | |
| **MOTORMAX FINANCIAL** | } | |
| **SERVICES, CORPORATION,** | } | |
| | } | |
| **Defendant.** | | |

### ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before May 17, 2010 that final settlement documentation could not be completed.

DONE and ORDERED this 16th day of March 2010.

KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE